# Order

Michigan Supreme Court
Lansing, Michigan

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137257(27)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

BRIAN SCOTT OETMAN,
   Defendant-Appellant.

SC: 137257
COA: 283574
Ottawa CC: 2007-031647-AR
58th DC: GH-07-000865-SD

_____/

   On order of the Court, the motion for reconsideration of this Court's December 18, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   KELLY, C.J., would grant reconsideration and, on reconsideration, would reverse the Court of Appeals and reinstate the trial court's order.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

d0316

_____
Clerk